In the Matter of Louis Greenspan.— In view of the order of this court dated March 11, 1932, the petition is dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. [See 235 App. Div. 729.]

In the Matter of the Application of Brooklyn Bar Association in Respect of Benjamin Kaplan, an Attorney and Counselor at Law.— Motion for reargument granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. On reargument, the matter is referred to Honorable Russell Benedict, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [See ante, p. 704.]

In the Matter of John P. Tiernan, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Julius Lurie, Respondent, v. Karl F. O. Haack and Haack Realty Co., Inc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Herbert G. McLear, Appellant, v. Trust Company of North America and Clarence H. Sanborn, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Thomas J. Smith, Respondent, v. Richard E. Weldon and Another, Appellants; National Surety Company, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Albert E. Storr, Respondent, v. The New York Central Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

The Bay Parkway National Bank of Brooklyn in New York, Respondent, v. Ishaia Shalom, Appellant.— On argument, order granting plaintiff's motion for a bill of particulars affirmed, with ten dollars costs and disbursements; the time within which the particulars may be served is extended to Tuesday, October eleventh. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.